**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:**   8:20-cr-119-TPB-TGW | **DATE:**   February 10, 2021 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAMES LEE CLARK** | **GOVERNMENT COUNSEL**<br>Chris Poor, AUSA<br><br>**DEFENDANT COUNSEL**<br>Jervis Wise for Bjorn Brunvand, CJA | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:**  10:34 – 10:35 a.m.<br>**TOTAL:**    1 minute | **COURTROOM:** | 14A |

**PROCEEDINGS:**     STATUS CONFERENCE (via Zoom)

Defense previously requested continuance to August/September trial term; Government advises there is a medical issue with one witness and a later trial date would be beneficial.

Court GRANTS oral motion to continue and resets case to the August 2021 trial term; Court finds that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

Trial Term:                         August 2021 term

Next Status Conference:        July 14, 2021 at 10:30 a.m. (via Zoom)