UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-CR-119-TPB-TGW

JAMES LEE CLARK
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, James Lee Clark, by and through his undersigned counsel, hereby moves this Honorable Court to continue the trial currently scheduled for the August 2021 trial docket, and as grounds therefore, states as follows:

1. Undersigned counsel was appointed to represent James Lee Clark on or about May 26, 2020.

2. Discovery has been provided and it is very voluminous requiring a one TB hard drive in order to produce.

3. Counsel and defendant are in need of additional time to properly evaluate the discovery in preparation for trial.

4. Defendant is not in custody and is supervised by pretrial services.

5.      Defendant has previously filed a waiver of speedy trial through July 31, 2021. Doc. 6 and counsel has been authorized to further waive speedy trial through December 31, 2021.

6.      Counsel has consulted with opposing counsel, AUSA Christopher Poor, regarding the instant motion and he has no objection to the requested continuance.

7.      Counsel has multiple jury trials in State and Federal Courts scheduled for August through October 2021. All of these cases are significantly older than this case based on the time or arrest and several of the defendants are incarcerated.

8.      Counsel hereby certifies that this motion is made in good faith and not for purposes of unnecessary delay.

WHEREFORE, the Defendant respectfully requests this Honorable Court to grant this unopposed motion to continue the trial in this matter until November 2021.

Respectfully Submitted,

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2021, I electronically filed the following with the Clerk of Court with notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
Counsel for the Defendant
615 Turner Street
Clearwater, Florida 33756
Telephone No.: (727)446-7505
Facsimile No.: (727)446-8147
Email: bjorn@acquitter.com
Florida Bar No. 831077
