UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| **CASE NO.:** | 8:20-cr-119-TPB-TGW | **DATE**: | December 14, 2021 |
|---|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | **INTERPRETER**: | N/A |
| UNITED STATES OF AMERICA v. JAMES LEE CLARK | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL** Christopher Poor, AUSA | |
| | | **DEFENSE COUNSEL** Bjorn Brunvand, CJA | |
| **COURT REPORTER**: Rebekah Lockwood | | **DEPUTY CLERK**: | Sonya Cohn |
| TIME | 2:15 – 2:47 p.m.  **TOTAL:** 32 mins. | | |
| | | **COURTROOM:** | 14A |

**PROCEEDINGS: GUILTY PLEA PROCEEDINGS**

DEFENDANT SWORN/AFFIRMED.   PLEA AGREEMENT FILED.   Oral change made to page 5, regarding statute referenced in role of offense – should be 3B1.3. Parties in agreement as to change and government will file amended plea agreement.

PLEA OF GUILTY ENTERED AS TO COUNTS ONE and SEVENTEEN OF THE INDICTMENT.

FACTUAL BASIS ESTABLISHED.

ADJUDICATION OF GUILT ACCEPTED.

REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION.

SENTENCING SCHEDULED FOR:    **MARCH 17, 2022, at 1:30 p.m.**   Notice to follow.

**DEFENDANT REMAINS ON BOND.**